FILED _____ ENTERED
LODGED _____ RECEIVED

**APR 17 2000**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABBAS MOHAMMADREZA,

         Plaintiff,

         v.

INTEL CORPORATION,

         Defendant.

CASE NO. C99-1314R

ORDER TO SHOW CAUSE

The Court, having considered the complaint and the file herein, does hereby find and ORDER:

(1) Defendant has filed a Motion to Dismiss, which was noted for consideration on March 10, 2000. Plaintiff has failed to respond to this motion in any way.

(2) Plaintiff is advised that he must respond to defendant's motion, or face dismissal of his case under Local Rule CR 7(b)(4). Under this rule, failure to file opposition to a motion may be deemed by the court as an admission that such opposition would be without merit.

(3) Plaintiff is accordingly ORDERED to show cause on or before May 1, 2000, why this suit should not be dismissed with prejudice for failure to prosecute and failure to oppose defendant's motion. The Motion to Dismiss (Dkt. # 6) shall be re-noted on the Court's calendar for May 5, 2000. Plaintiff's response, if any, shall be due May 1, 2000, and shall be deemed an adequate response to this Order to Show Cause.

ORDER TO SHOW CAUSE - 1



(4) The Clerk is directed to send copies of this Order to plaintiff and to counsel for defendants.

DATED this ___17___ day of April 2000.

RICARDO S. MARTINEZ
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2