



FILED
LODGED        ENTERED
                RECEIVED

JUN 30 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                    DEPUTY

FILED
LODGED        ENTERED
                RECEIVED

MAY 26 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY  WESTERN DISTRICT OF WASHINGTON
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

ABBAS MOHAMMADREZA,

      Plaintiffs,

      v.

INTEL CORPORATION,

      Defendants.

CASE NO. C99-1314R

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge Ricardo S. Martinez, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is approved and adopted;

(2) Defendant's Motion to Dismiss (Dkt # 6) is **DENIED.**

(3) Plaintiff is allowed an additional **thirty days from the date of this order** to properly serve the defendant; and

(4) The Clerk is directed to send copies of this Order to plaintiffs, to counsel of record, and to the Hon. Ricardo S. Martinez.

DATED this ____30th____ day of ____June____ 2000.

                                               BARBARA J ROTHSTEIN
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1