

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABBAS MOHAMMADREZA,

    Plaintiff,

v.

INTEL CORPORATION,

    Defendant.

CASE NO. C99-1314R

ORDER TO SHOW CAUSE

The Court, having considered the complaint and the file herein, does hereby find and ORDER:

(1) On June 30, 2000, the Court denied defendant's Motion to Dismiss, and directed that plaintiff should be allowed an additional thirty days to properly serve defendant. There is no record that plaintiff has responded to this Order in any way.

(2) Plaintiff is accordingly ORDERED to show cause, on or before September 8, 2000, why this suit should not be dismissed for failure to timely serve defendant.

(3) The Clerk is directed to send copies of this Order to plaintiff and to counsel for defendant.

DATED this 21 day of August, 2000.

RICARDO S. MARTINEZ
United States Magistrate Judge

ORDER TO SHOW CAUSE - 1