CC: TO JUDGE __JK__

The Honorable Barbara Jacobs Rothstein

FILED ___ ENTERED
LODGED ___ RECEIVED

AUG 31 2000  JK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

FILED ___ LODGED ___ ENTERED ___ RECEIVED

SEP 21 2000   9/21/00

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABBAS MOHAMMADREZA,

    Plaintiff,

v.

INTEL CORPORATION,

    Defendant.

No. C99-1314R

**ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE**

THIS MATTER came on regularly before the undersigned Judge of this Court upon Defendant's Motion to Transfer Venue. Plaintiff Abbas Mohammadreza appeared pro se. Defendant was represented by its attorneys, Steven H. Winterbauer, Adam G. Cuff, and Winterbauer & Diamond, P.L.L.C.

This Court has considered the records and files herein, including, but not limited to:

1. Defendant's Motion to Transfer Venue;
2. Defendant's Memorandum in Support of Motion to Transfer Venue;
3. Declaration of Raina Rhodamel with exhibits attached thereto; and
4. Declaration of Adam G. Cuff with exhibits attached thereto;

and has considered the arguments of counsel, and is fully advised.

ORDER - 1

ORIGINAL

WINTERBAUER & DIAMOND PLLC
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 676-8440
FACSIMILE: (206) 676-8441

1  Based upon the foregoing, the Court finds as a matter of law that transfer of venue of this
2  action to the United States District Court for the District of Oregon is required by Title VII of the
3  Civil Rights Act of 1964, specifically 42 U.S.C. § 2000e-5(f)(3), and appropriate under 28 U.S.C §
4  1404(a). Now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Defendant's Motion to Transfer Venue be, and hereby is, GRANTED in full.
2. Venue of this action is transferred to the United States District Court for the District of Oregon.

DONE IN OPEN COURT this 21st day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

**WINTERBAUER & DIAMOND P.L.L.C.**

_____
Steven H. Winterbauer, WSBA # 16464
Adam G. Cuff, WSBA # 26439
Attorneys for Defendant

Approved as to Form;
Notice of Presentation Waived:

**ABBAS MOHAMMADREZA**

_____
Abbas Mohammadreza
Plaintiff

ORDER - 2

WINTERBAUER & DIAMOND PLLC
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1200 FIFTH AVENUE, SUITE 1910
SEATTLE, WASHINGTON 98101
TELEPHONE: (206) 676-8440